UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-135 |
| | ) | (Varlan / Guyton) |
| STEFANIE MICHELLE PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon Defendant Stefanie Payne's Motion to Withdraw Motion for Identity of Witnesses [Doc. 16]. Defendant Payne states that the parties anticipate a resolution of the case without litigation of the pending pretrial motion. The Court finds good cause has been shown for withdrawal of the motion without prejudice to re-file should circumstances warrant.

Accordingly, it is Ordered:

    1. Motion to Withdraw Motion for Identity of Witnesses **[Doc. 16]** is **GRANTED.**

    2. Motion for Identity and Whereabouts of Witnesses **[Doc. 11]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge